# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

SANDRA AFFARE, )
    PLAINTIFF, )
V. )   CASE NO. 1:22-cv-00018
 )
THE UNIVERSITY OF TENNESSEE )
AT CHATTANOOGA )
    DEFENDANT

## AMEMDED
## MOTION TO WITHDRAW

    Comes now, Jacqueline Strong Moss, as Attorney of Record for Plaintiff, Dr. Sandra Affare, and respectfully **MOVES** this Honorable Court to enter an Order to Withdraw due to Counsel's relocation outside the State of Tennessee and acceptance of private employment.

    Counsel affirms that pursuant to Local Rule 83.4(g), Plaintiff, Dr. Sandra Affare, has received notice of Counsel's Motion to Withdraw as Attorney of Record within 14 days of submission, and has raised no objections. It is requested that all actions in this matter under the existing scheduling order, including actions to be completed on or before May 1st, 2023, and beyond, be suspended pending the entry of an Order on Motion To Withdraw and the conclusion of forty or more days to obtain substitute counsel.

    Plaintiff, Dr. Sandra Affare, has identified local counsel ready, willing, and able to represent Plaintiff for the limited purpose of attempting a mediated settlement agreement, and is ready to move forward with a second attempt at mediation upon agreement.

    For good cause shown, Attorney Jacqueline Strong Moss respectfully requests that this Court grant Plaintiff's Counsel's Motion to Withdraw.

1

Respectfully Submitted,<br>
**STONG MOSS LAW**<br>
*/s/ Jacqueline Strong Moss /s/*

Jacqueline Strong Moss (BPR# 022952)
P.O. Box 2051, Olympia, WA 98507
Cell: (423) 580-5621
E-Mail: strongmosslaw@gmail.com

## CERTIFICATE OF SERVICE

I undersign hereby certifies that on May 30, 2023, a true and exact copy of the foregoing Motion to Withdraw was served upon the following by electronic mail, and U.S. Mail:

> T. Harold Pinkley (BPR) #009830
> Associate General Counsel
> The University of Tennessee – Office of the General Counsel
> 505 Summer Place - UT Tower 1109
> Knoxville, TN 37902
> (865) 974-3416
> **harold.pinkley@tennessee.edu**

> Sandra C. Affare
> 8023 Squirrel Wood Court
> Ooltewah, Tennessee 37363
> (423) 892-1251
> **sandraaffare@att.net**

This 30th day of May 2023
**STRONG MOSS LAW**

*/s/ Jacqueline Strong Moss /s/*
Jacqueline Strong Moss, Esq. (BPR# 022952)
P.O. Box 2051, Olympia, WA 98507
Cell: (423) 580-5621
E-Mail: strongmosslaw@gmail.com