# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

___

| | | |
|---|---|---|
| Sandra C. Affare, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:22-cv-00018-CEA-CHS |
| | ) | |
| | ) | District Judge Charles E. Atchley, Jr. |
| The University of Tennessee at Chattanooga, | ) | |
| | ) | Magistrate Judge Christopher H. Steger |
| | ) | |
| Defendant. | ) | |

___

**DEFENDANT'S AMENDED NOTICE TO TAKE DEPOSITION OF PLAINTIFF, SANDRA C. AFFARE**
___

To: Sandra C. Affare
8023 Squirrel Wood Court
Ooltewah, Tennessee 37363
sandraaffare@att.net
*Plaintiff*

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, the attorney for Defendant the University of Tennessee will, on **Monday, August 14, 2023**, take the discovery deposition of plaintiff, Sandra C. Affare, before an officer authorized to administer oaths under the laws of the State of Tennessee and whose testimony is sought regarding all matters not privileged which are relevant to the pending action. The witness is to appear at **9:00 a.m. Eastern Time** at the office of the University of Tennessee, Chattanooga, Office of the General Counsel, located at 615 McCallie Avenue, 50 Founders Hall, Department 5065, Chattanooga, Tennessee 37403. This deposition will be taken on oral testimony and shall continue until complete.

Respectfully submitted this 6th day of July, 2023.

/s/ T. Harold Pinkley
T. Harold Pinkley (BPR # 009830)
Associate General Counsel
The University of Tennessee
Office of General Counsel
505 Summer Place, UT Tower #1109
Knoxville, TN  37902
(865) 974-3416
harold.pinkley@tennessee.edu

*Attorney for Defendant, the University of Tennessee*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

Ms. Sandra C. Affare
8023 Squirrel Wood Court
Ooltewah, Tennessee 37363
sandraaffare@att.net
*Plaintiff*

Respectfully submitted this 6th day of July, 2023.

/s/ T. Harold Pinkley
T. Harold Pinkley (BPR # 009830)

2