UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

FILED
JUL 24 2023
Clerk, U.S. District Court
Eastern District of Tennessee
At Chattanooga

| DR. SANDRA C. AFFARE, | ) | |
|---|---|---|
| PLAINTIFF, | ) | |
| V. | ) | CASE NO. 1:22-cv-00018 |
| | ) | |
| THE UNIVERSITY OF TENNESSEE | ) | |
| AT CHATTANOOGA | ) | |
| DEFENDANT | | |

## PRO SE MOTION FOR STAY PENDING APPEAL

Comes now, Dr. Sandra C. Affare, Plaintiff in the above-styled matter, respectfully **MOVES** this Honorable Court grant a Stay of all pending actions in this matter under this Court's existing Scheduling Order filed June 7, 2022, until 30 days after I have secured alternate counsel. I confirm that I received notice of the signed Order to Withdraw Jacqueline Strong Moss as my Attorney of Record. A Stay is requested because I have had difficulty securing local counsel within the state of Tennessee.

Movant respectfully requests that the Court grant the Plaintiff's Pro Se Motion to Stay.

Respectfully Submitted,

[signature]

Sandra C. Affare, Ph.D., **Plaintiff**
Home Phone: (423) 892-1251
E-Mail: SandraAffare@att.net

1

# CERTIFICATE OF SERVICE

This is to certify that I, <u>Dr. Sandra C. Affare</u>, ***Plaintiff*** for the previously captioned case have this date served a true and exact copy of the foregoing **Motion of Stay Pending Appeal** by U. S. Mail and electronic mail to the following counsel of record for Defendant:

T. Harold Pinkley (BPR) #009830
Associate General Counsel
The University of Tennessee – Office of the General Counsel
505 Summer Place - UT Tower 1109
Knoxville, TN 37902
(865) 974-3416
harold.pinkley@tennessee.edu

Respectfully Submitted,

Sandra C. Affare, PhD
8023 Squirrel Wood Court
Ooltewah, Tennessee 37363
sandraaffare@att.net

This 24th day of July, 2023

_____
Dr. Sandra C. Affare

2