July 27, 2023



Hon. Christopher H. Steger
U. S. Magistrate Judge – Eastern District of Tennessee
900 Georgia Avenue, Room 102
Chattanooga, Tennessee 37402

    Re:    Requestion for Extension of Time to find replacement counsel
              *Sandra C. Affare v The University of Tennessee at Chattanooga*
              U.S. District Court Eastern District Case No. 1:22 cv 00018-CEA-CHS

Your Honor:

I am writing to respectfully request a 28-day Extension of Time on finding replacement counsel. I understand from the order signed by this Honorable Court that the deadline for me to have a new attorney enter an appearance on my behalf expires on July 28, 2023. I attest that I have been actively seeking replacement counsel and through no fault of my own have not been successful to date.

This is the plaintiff's first request for an extension of time to find replacement counsel. Accordingly, the plaintiff respectfully requests a 28-day extension to and including August 25, 2023, for finding replacement counsel. Counsel for the Defendant, Mr. T. Harold Pinkley, has informed me by email that he does not object to this request.

Sincerely,

*[signature]*

Sandra C. Affare, PhD, ***Plaintiff***
8023 Squirrel Wood Court
Ooltewah, Tennessee 37363
sandraaffare@att.net