IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| SANDRA AFFARE, | }<br>} |
| Plaintiff, | }<br>} |
| v. | } CASE NO.: 1:22-CV-00018-CEA-CHS<br>} JURY TRIAL DEMANDED |
| UNIVERSITY OF TENNESSEE, | }<br>} |
| Defendant. | } |

**NOTICE OF SERVICE OF PLAINTIFF SANDRA AFFARE'S
THIRD SET OF INTERROGATORIES AND THIRD REQUESTS FOR PRODUCTION OF
DOCUMENTS AND THINGS TO DEFENDANT UNIVERSITY OF TENNESSEE**

**COMES NOW** the plaintiff, Sandra Affare ("Plaintiff"), by and through her counsel of record; and hereby provides notice, pursuant to Rules 26, 33, and 34 of the Federal Rules of Civil Procedure, that Plaintiff served a third set of interrogatories and third set of requests for production of documents and things on counsel for the defendant, University of Tennessee *via* electronic mail on the 4th day of December, 2023.

*Respectfully submitted, this 4th day December 2023.*

        **SANDRA AFFARE**

        By: /s/ James Friauf
        James W. Friauf (#027238)
        LAW OFFICE OF JAMES W. FRIAUF
        9111 Cross Park Dr., D200
        Knoxville, TN 37923
        Tele: (865) 236-0347
        Email: james@friauflaw.com
        Our File No.: 23-290-EPL

        *Attorney for Plaintiff Sandra Affare*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's CM/ECF System this 4th day of December 2023

                                            /s/ James Friauf
                                            James W. Friauf