IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| SANDRA AFFARE, } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | CASE NO.: 1:22-CV-00018-CEA-CHS |
| } | JURY TRIAL DEMANDED |
| UNIVERSITY OF TENNESSEE, } | |
| } | |
| Defendant. } | |

## JOINT STATUS REPORT

**COME NOW** the parties, Sandra Affare ("Plaintiff") and the University of Tennessee ("Defendant") (collectively, "Parties") by and through their respective counsel of record and hereby submit their *Joint Status Report* in response to the Court's Order of March 25, 2024. [Doc. 61].

Counsel for the parties conducted a telephone conference on March 28 to discuss the issues raised in the Court's Order. This case was previously mediated unsuccessfully through the Equal Employment Opportunity Commission's ("EEOC") Alternative Dispute Resolution ("ADR") Unit. The present action with filed after the EEOC issued its Notice of Right to Sue. Since the original mediation, and the changing of counsel by Plaintiff, counsel for the Parties have briefly discussed the possibility of resolving the matter through settlement and have discussed the possibility of engaging a private mediator to assist the parties in doing so; however, to date, neither Plaintiff nor Defendant has submitted a formal settlement proposal to the opposing party.

Counsel for the Parties again discussed the prospects of settlement during their telephone conference on March 28. To that end, counsel agreed to contact mediator Jesse Nelson, Esq. to

obtain prospective mediation dates in May. Counsel for Plaintiff has done so and will be providing available dates to counsel for Defendant. Plaintiff is preparing a detailed settlement resolution proposal for submission to Defendant, and Defendant is evaluating whether participation in mediation would be an appropriate avenue for possible resolution.

The Parties aver to the Court that discovery is complete, and the case is prepared for trial as scheduled. Should the parties agree to participate in mediation, they will file a supplemental Joint Status Report advising the Court as to the date of said mediation and confirming the identity of the agreed-upon mediator.

*Respectfully submitted this 28th day of March 2024*

**SANDRA AFFARE**

By: /s/ *James Friauf*
James W. Friauf (#027238)
LAW OFFICE OF JAMES W. FRIAUF
9111 Cross Park Dr., D200
Knoxville, TN 37923
Tele: (865) 236-0347
Email: james@friauflaw.com
Our File No.: 23-290-EPL

*Attorney for Plaintiff Sandra Affare*

**UNIVERSITY OF TENNESSEE**

By: /s/ *T. Harold Pinkley* w/ permission by JWF
T. Harold Pinkley (#009830)
Associate General Counsel
The University of Tennessee - Office of the General Counsel
505 Summer Pl. - UT Tower 1109
Knoxville, TN 37902
Tele: (865) 974-3416
Email: harold.pinkley@tennessee.edu

*Attorney for Defendant University of Tennessee*