**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA**

_____

| | | |
|---|---|---|
| Sandra C. Affare, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:22-cv-00018-CEA-CHS |
| | ) | |
| | ) | District Judge Charles E. Atchley, Jr. |
| University of Tennessee, | ) | Magistrate Judge Christopher H. Steger |
| | ) | |
| Defendant. | ) | |

_____

**MEDIATION REPORT**
_____

In accordance with the Court's Order of April 25, 2024, (ECF Doc. 63), the parties report to the Court that this case was mediated on May 9, 2024, and the mediation was not successful. None of the claims in the case was settled.

Respectfully submitted this 15th day of May, 2024.

/s/ James W. Friauf by T. Harold Pinkley with expressed permission
James W. Friauf (TN Bar No. 027238)
LAW OFFICE OF JAMES W. FRIAUF
9111 Cross Park Dr., D200
Knoxville, TN 37923
Tele: (865) 236-0347
Email: james@friauflaw.com

*Attorney for Plaintiff Sandra Affare*

/s/ T. Harold Pinkley
T. Harold Pinkley (TN Bar No. 009830)
The University of Tennessee
Office of the General Counsel
505 Summer Place – UT Tower 1109
Knoxville, TN 37902
(865) 974-6538
harold.pinkley@tennessee.edu

*Attorney for Defendant, The University of Tennessee*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record this 15th day of May, 2024.

/s/ T. Harold Pinkley
T. Harold Pinkley (BPR # 009830)