# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 1A

**Case #:** 1:22-cv-18  **Date:** June 24, 2024

Sandra Affare  **v.**  University of Tennessee

**Present Before:** Honorable Charles E. Atchley, Jr., United States District Judge

| Courtroom Deputy: | Court Reporter: | Law Clerk: |
|---|---|---|
| Rachel Stone | DCR | |

| Attorney(s) for Plaintiff: | Attorney(s) for Defendant: | Additional Attorney(s) Present: |
|---|---|---|
| James W. Friauf | T. Harold Pinkley, Jr.<br>Caitlyn Leudtke Elam | |

**Proceedings:**
The Court conducted a Final Pretrial Conference in this matter.

**Dates set at this hearing:**
☐ Jury Trial  ☐ BenchTrial:
☐ Pretrial Conf.:
☐ Motion Hrng:
☐ Status Conf:

**Deadlines set at this hearing:**
☐ Status Report:
☐ Show Cause:
☐ Other:

**Time:** 1:30  **to** 2:30

⦿ I, Rachel Stone, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
Knox-DCR_ 122cv18 _ 20240624_ 134104