UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

SANDRA AFFARE, )
)
*Plaintiff*, )
)  Case No. 1:22-cv-18
v. )
)  Judge Atchley
UNIVERSITY OF TENNESSEE, )
)  Magistrate Judge Steger
*Defendant.* )
)

## VERDICT FORM

We, the jury, unanimously answer the following questions.

1. Has the Plaintiff proven by a preponderance of the evidence that the University's decision to not hire her was intentional and motivated by her race?

    YES: _____  NO: __✓__

2. Has the Plaintiff proven by a preponderance of the evidence that the University's decision to not hire her was intentional and motivated by her sex?

    YES: _____  NO: __✓__

*If you answered "Yes" to Questions #1 and/or #2, proceed to Question #3. If you answered "No" to both questions, you need not go any further. Please have the foreperson sign and date this form and alert the Courtroom Deputy that you have reached a verdict.*

3. Has the Plaintiff proven by a preponderance of the evidence that she should be awarded back pay damages?

    YES: _____  NO: _____

    If you answered "Yes," in what amount $_____

4. Has the Plaintiff proven by a preponderance of the evidence that she should be awarded damages to compensate for emotional pain and anguish?

  YES: _____      NO: _____

  If you answered "Yes," in what amount $_____

5. Has the Plaintiff proven by a preponderance of the evidence that she should be awarded front pay damages?

  YES: _____      NO: _____

  If you answered "Yes," in what amount $_____

Sign and date below and alert the Courtroom Deputy that you have reached a verdict.

[signature redacted]

10 October 2024
Date