# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| SANDRA AFFARE, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 1:22-cv-18 |
| v. ) | |
| ) | Judge Atchley |
| UNIVERSITY OF TENNESSEE, ) | |
| ) | Magistrate Judge Steger |
| *Defendant.* ) | |
| ) | |

## JUDGMENT ORDER

This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered a unanimous verdict.

The jury found in favor of Defendant University of Tennessee as to each of Plaintiff's claims and awarded no recovery to Plaintiff. Accordingly, judgment is entered in favor of Defendant University of Tennessee.

**SO ORDERED**.

                                           */s/ Charles E. Atchley, Jr.*
                                           **CHARLES E. ATCHLEY, JR.**
                                           **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT:
*/s/ LeAnna R. Wilson*
LeAnna R. Wilson
CLERK OF COURT